# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02160

The ESTATE OF SERAFIN FINN, by and through its appointed representative Melissa R. Schwartz,

    Plaintiff,

v.

The CITY AND COUNTY OF DENVER, a municipality;
DEPUTY JASON GENTEMPO, in his individual capacity;

    Defendants.

---

## NOTICE OF ERRATA REGARDING CIVIL COVER SHEET

---

    Plaintiff, by and through undersigned counsel, hereby submits this Notice of Errata Regarding the Civil Cover Sheet to Plaintiff's Complaint and Jury Demand, [ECF No. 2]. Plaintiff inadvertently attached an incorrect PDF file as the Civil Cover Sheet, [ECF No. 2-1], to the Complaint and Jury Demand. A corrected Civil Cover Sheet is attached here and will appear as [ECF No. 3-1]. Plaintiff apologizes for any confusion this has caused the Court.

    Respectfully submitted: August 10, 2021.

    RATHOD | MOHAMEDBHAI, LLC

    <u>s/ Nicholas A. Lutz</u>
    Nicholas A. Lutz
    Rathod Mohamedbhai LLC
    2701 Lawrence Street
    Suite 100
    Denver, CO 80205
    (303) 578-4400
    (303) 578-4401 (fax)
    nl@rmlawyers.com

    ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2021, I electronically filed the foregoing **NOTICE OF ERRATA REGARDING CIVIL COVER SHEET** with the Clerk of the Court using the CM/ECF system, which will send electronic notification to all parties.

RATHOD | MOHAMEDBHAI LLC

*s/ Nicholas A. Lutz*
Nicholas A. Lutz