**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-02160-SKC

ESTATE OF SERAFIN FINN, by and through its personal representative Melissa R. Schwartz

    Plaintiff,
v.

THE CITY AND COUNTY OF DENVER, a municipality,
DEPUTY JASON GENTEMPO, in his individual capacity

    Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

    Raana V. Haidari hereby enters her appearance as counsel of record on behalf of Defendant the City and County of Denver.

    Dated this 20th day of August 2021.

    Respectfully submitted,

    By: *s/ Raana V. Haidari*
        Raana V. Haidari, Assistant City Attorney
        Denver City Attorney's Office
        Civil Litigation Section
        201 West Colfax Ave., Dept. 1108
        Denver, Colorado 80202
        Telephone: (720) 913-3244
        Facsimile: (720) 913-3155
        E-mail: raana.haidari@denvergov.org
        *Attorney for Defendant City and County of Denver*

## CERTIFICATE OF SERVICE

        I certify that on this 20th day of August 2021, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Benjamin William Hartford**
Law Office of Benjamin Hartford
650 South Cherry Street, Suite 1225
Denver, CO 80246
Email: ben@bhartfordlaw.com

**Nicholas Alexander Lutz**
Rathod Mohamebhai LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
Email: nl@rmlayers.com

                                              *s/ Raana V. Haidari*
                                              Denver City Attorney's Office