IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02160-SKC

ESTATE OF SERAFIN FINN, by and through its personal representative Melissa R. Schwartz,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
DEPUTY JASON GENTEMPO, in his individual capacity,

    Defendants.

## ENTRY OF APPEARANCE

**TIFFANY E. TOOMEY**, of the law firm of **SGR, LLC**, hereby enters her appearance on behalf of Defendant **DEPUTY JASON GENTEMPO**.

    Respectfully submitted,

/s/ Tiffany E. Toomey
*Tiffany E. Toomey*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
Email:  ttoomey@sgrllc.com
*Attorney for Defendant –*
*Deputy Jason Gentempo*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of September, 2021, I electronically filed a true and correct copy of the above and foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Nicholas A. Lutz
Matthew Cron
Omeed Azmoudeh
nl@rmlawyers.com
mc@rmlawyers.com
oa@rmlawyers.com
*Attorneys for Plaintiff*

Benjamin Hartford
ben@bhartfordlaw.com
*Attorney for Plaintiff*

Raana V. Haidari
raana.haidari@denvergov.org
*Attorney for Defendant City and County of Denver*

s/ Barbara A. Ortell
Barbara A. Ortell
Legal Secretary

01943682.DOCX

2