IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02160-RMR

ESTATE OF SERAFIN FINN, by and through its personal representative Melissa R. Schwartz,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality;
DEPUTY JASON GENTEMPO, in his individual capacity;

    Defendants.

___

**NOTICE OF AMENDMENT OF COMPLAINT**
___

    Pursuant to Federal Rule of Civil Procedure 15(a)(2) and D.C.COLO.LCivR 15.1(a), Plaintiff Estate of Serafin Finn files this Notice of Amendment of Complaint. Plaintiff has attached the Amended Complaint as Exhibit 1 and a redlined version of the Amended Complaint as Exhibit 2.

    Respectfully submitted this 13th day of December 2021.

        RATHOD | MOHAMEDBHAI, LLC

        *s/ Nicholas A. Lutz*
        Nicholas A. Lutz
        2701 Lawrence Street
        Suite 100
        Denver, CO 80205
        (303) 578-4400
        (303) 578-4401 (fax)
        nl@rmlawyers.com

2

ATTORNEY FOR PLAINTIFF

2