IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02160-RMR

ESTATE OF SERAFIN FINN, by and through its personal representative Melissa R. Schwartz,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
DEPUTY JASON GENTEMPO, in his individual capacity,

    Defendants.

---

**DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF REBUTTAL EXPERT WITNESS DISCLOSURES DEADLINE**

---

    Defendant, **DEPUTY JASON GENTEMPO**, by and through his attorneys, **SGR, LLC**, and in compliance with D.COLO.LCivR 6.1(b), hereby submits this Unopposed Motion for Extension of Rebuttal Expert Witness Disclosures Deadline in the amount of twenty-one (21) days as follows:

    1.    Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel conferred with counsel for all parties prior to the filing of this Motion. Plaintiff's counsel and counsel for the City and County of Denver confirmed that their clients do not oppose the relief requested herein.

    2.    Defendant's rebuttal expert disclosures are presently due on May 27, 2022. [ECF No. 39].

3. Undersigned counsel has been diligent with their anticipated use-of-strike expert; however, due to conflicting schedules, we require an additional twenty-one (21) days, up to and including June 17, 2022, to finalize any report and opinions.

5. As this request for extension is unopposed, no party will be prejudiced by the relief request herein.

6. Defendant has not previously requested any extension to the rebuttal expert deadline.

7. Pursuant to D.C.COLO.LCivR 6.1(e), undersigned counsel certifies that a copy of this Motion was served on their client.

**WHEREFORE**, for the foregoing reasons, Defendant respectfully requests that this Court grant the foregoing Unopposed Motion for Extension of Rebuttal Expert Witness Disclosures Deadline in the amount of twenty-one (21) days, up to and including June 17, 2022.

Respectfully submitted,

/s/ Eric M. Ziporin
**Eric M. Ziporin**
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Email: eziporin@sgrllc.com

/s/ Tiffany E. Toomey
**Tiffany E. Toomey**
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Email: ttoomey@sgrllc.com
*Attorneys for Defendant Jason Gentempo*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of May, 2022, I electronically filed a true and correct copy of the above and foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF REBUTTAL EXPERT WITNESS DISCLOSURES DEADLINE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Nicholas A. Lutz
Matthew Cron
Omeed Azmoudeh
nl@rmlawyers.com
mc@rmlawyers.com
oa@rmlawyers.com
*Attorneys for Plaintiff*

Benjamin Hartford
ben@bhartfordlaw.com
*Attorney for Plaintiff*

Raana V. Haidari
Jonathan Cooper
raana.haidari@denvergov.org
Jonathan.Cooper@denvergov.org
*Attorneys for Defendant City and County of Denver*

                                            s/ Barbara A. Ortell
                                            Barbara A. Ortell
                                            Legal Secretary

02042594.DOCX