**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-02160-CNS-SKC

ESTATE OF SERAFIN FINN, by and through its personal representative Melissa R. Schwartz,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
DEPUTY JASON GENTEMPO, in his individual capacity,

    Defendants.

---

**STIPULATED MOTION FOR EXTENSION OF DISCOVERY AND DISPOSITIVE
MOTION DEADLINES**

---

The parties, through counsel, hereby move this Court to modify the deadlines for discovery and dispositive motions. In support thereof, the parties state as follows:

1. The current discovery deadline is September 23, 2022. [ECF No. 58].

2. The parties request that discovery deadline be extended, including and up to forty-five (45) days after obtaining a ruling on the Recommendation re: Defendant's Motion to Dismiss [ECF No. 59] ("Recommendation"). The Recommendation may result in the dismissal of all claims against Defendant City and County of Denver ("the City").

3. Following the Recommendation, the parties agreed to postpone and/or cancel the depositions of Mary Dulacki, Charles Stephenson, and Carl McEnroe, previously scheduled for September 20, 21, and 23, 2022. As these depositions primarily related to the claims against the

City, the parties sought to avoid incurring additional fees and costs that would likely be unnecessary in the event the Recommendation is adopted.

4. If the Recommendation is not adopted, the parties have agreed to re-set some or all of these depositions. The parties have conferred and agreed that additional time would be necessary in order to preserve their ability to conduct these depositions following the Court's ruling on the Recommendation.[1]

5. The dispositive motion deadline is currently October 24, 2022. [ECF No. 58].

6. The parties request that the dispositive motion deadline be commensurately extended, including and up to thirty (30) days after the requested discovery deadline. The parties have conferred and agreed that additional time is necessary as there may be additional information uncovered during discovery that may impact the information included within any potential dispositive motion.

7. The parties represent that such extensions are not intended to create unnecessary delay or increase of costs. As this request for extension is stipulated, no party will be prejudiced by the request herein.

8. The parties have twice previously sought and received extensions of time related to the discovery deadline and dispositive motion deadline.  [ECF No. 45; 49; 56 and 58].

9. Pursuant to D.C.COLO.LCivR 6.1(e), undersigned counsel certify that a copy of this Motion was served on their respective clients.

---

[1] If the Recommendation is adopted, the only remaining discovery currently contemplated would be the deposition of Charles Stephenson (Plaintiff's expert) by counsel for Defendant Gentempo. But as the scope of this deposition would be more limited (and the expenses incurred lower) in the event the City is no longer in the case, the parties agreed a postponement was appropriate and would likely result in reduced costs and time.

**WHEREFORE**, the parties respectfully request that the Court enter an Order extending the discovery deadline forty-five (45) days after the Court's ruling on the Recommendation and extending the dispositive motion deadline thirty (30) days after the new discovery deadline.

Respectfully submitted,

| | |
|---|---|
| s/ Omeed Azmoudeh | s/ Eric M. Ziporin |
| **Omeed Azmoudeh** | **Eric M. Ziporin** |
| Rathod Mohamedbhai LLC | SGR, LLC |
| 2701 Lawrence Street, Suite 100 | 3900 E. Mexico Ave., Suite 700 |
| Denver, Colorado 80205 | Denver, CO 80210 |
| (303) 578-4400 | 303-320-0509 phone |
| oa@rmlawyers.com | eziporin@sgrllc.com |
| | |
| s/ Nick Lutz | s/ Tiffany E. Toomey |
| **Nick Lutz** | **Tiffany E. Toomey** |
| Rathod Mohamedbhai LLC | SGR, LLC |
| 2701 Lawrence Street, Suite 100 | 3900 E. Mexico Ave., Suite 700 |
| Denver, Colorado 80205 | Denver, CO 80210 |
| (303) 578-4400 | 303-320-0509 phone |
| nl@rmlawyers.com | ttoomey@sgrllc.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Jason Gentempo* |

s/ Jonathan Cooper
**Jonathan Cooper**
Denver City Attorney's Office
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
(720) 913-3100
jonathan.cooper@denvergov.org
*Counsel for Defendant City and County of Denver*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of September, 2022, I electronically filed a true and correct copy of the above and foregoing **STIPULATED MOTION FOR EXTENSION OF DISCOVERY AND DISPOSITIVE MOTION DEADLINES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Nicholas A. Lutz
Matthew Cron
Omeed Azmoudeh
nl@rmlawyers.com
mc@rmlawyers.com
oa@rmlawyers.com
*Counsel for Plaintiff*

Benjamin Hartford
ben@bhartfordlaw.com
*Counsel for Plaintiff*

Benjamin Longnecker
Jonathan Cooper
benjamin.longnecker@denvergov.org
Jonathan.Cooper@denvergov.org
*Counsel for Defendant City and County of Denver*

                                                s/ Barbara A. Ortell
                                                Barbara A. Ortell
                                                Legal Secretary

02114596.DOCX