**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-02160-CNS-SKC

ESTATE OF SERAFIN FINN, by and through its personal representative Melissa R. Schwartz,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality;
DEPUTY JASON GENTEMPO, in his individual capacity;

    Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR OBJECTION TO RECOMMENDATION**

---

Plaintiff Estate of Serafin Finn, by and through undersigned counsel, hereby submit this Unopposed Motion for Extension of Deadline for Objection to Recommendation [Dkt. #59], seeking to extend the deadline for such objection by ten days, and in support thereof states as follows:

1. Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel conferred with counsel for Defendants prior to the filing of this motion. Defendants do not oppose the relief sought herein.

2. On September 19, 2022, the Magistrate Judge issued a recommendation with respect to Defendant Denver's Motion to Dismiss under Fed. R. Civ. P. 12(b)(6). [DKT. #59].

3. Pursuant to Fed. R. Civ. P. 72(b), the deadline to file an objection to that recommendation is October 3, 2022. *See* F.R.C.P. 72(b) (setting fourteen-day deadline).

1

4. Undersigned counsel has been diligent in preparing Plaintiff's objection; however, due to scheduling conflicts, along with the complexity and gravity of the issues, we require an additional ten (10) days, up to and including October 13, 2022, to file and serve such objection.

5. As this request for extension is unopposed, no party will be prejudiced by the relief requested herein.

6. This is the first request for an extension of time to the above-described deadline.

7. Pursuant to D.C.COLO.LCiv 6.1(c), this motion is being served contemporaneously on Plaintiff Estate of Serafin Finn, through Personal Representative Melissa Schwartz.

WHEREFORE, Plaintiff respectfully requests that the Court grant his Unopposed Motion for Extension of Deadline for Objection to Recommendation, and that the Court extend such deadline to October 13, 2022.

Respectfully submitted this 3rd day of October, 2022.

RATHOD | MOHAMEDBHAI LLC

*s/ Omeed M. Azmoudeh*
Omeed M. Azmoudeh
2701 Lawrence Street
Suite 100
Denver, CO 80205
(303) 578-4400
(303) 578-4401 (f)
oa@rmlawyers.com

*Attorney for Plaintiff*