IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02160-CNS-SKC

ESTATE OF SERAFIN FINN, by and through its personal representative Melissa R. Schwartz,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
DEPUTY JASON GENTEMPO, in his individual capacity,

    Defendants.

---

**NOTICE OF CONVENTIONALLY FILED EXHIBIT I AND EXHIBIT S TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

On June 12, 2023, Defendant, **JASON GENTEMPO** (hereinafter "Defendant Gentempo"), by his attorneys, **SGR, LLC**, filed a Motion for Summary Judgment. **Exhibits I** and **S** to the Motion are two video recordings and thus are being conventionally filed on a thumb drive pursuant to D.C.COLO.LCivR 5.1(b)(1).

Respectfully submitted,

/s/ Eric M. Ziporin
*Eric M. Ziporin*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210


/s/ Tiffany E. Toomey
*Tiffany E. Toomey*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210

*Counsel for Defendant Jason Gentempo*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of June, 2023, I electronically filed a true and correct copy of the above and foregoing **NOTICE OF CONVENTIONALLY FILED EXHIBIT I AND EXHIBIT S TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Matthew Cron
Omeed Azmoudeh
mc@rmlawyers.com
oa@rmlawyers.com
*Counsel for Plaintiff*

Benjamin Hartford
ben@bhartfordlaw.com
*Counsel for Plaintiff*

Benjamin Longnecker
Jonathan Cooper
benjamin.longnecker@denvergov.org
Jonathan.Cooper@denvergov.org
*Counsel for Defendant City and County of Denver*

**Exhibits I** and **S** can also be accessed via the following link:

https://app.box.com/s/iebxb2zk2i2vyccpi7o2yf6s7ahcne1p

s/ Barbara A. Ortell
Legal Secretary

02190775.DOCX