IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02160-CNS-SKC

ESTATE OF SERAFIN FINN, by and through its personal representative Melissa R. Schwartz,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality;
DEPUTY JASON GENTEMPO, in his individual capacity;

    Defendants.

**DEFENDANTS' UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

Defendants City and County of Denver ("Denver") and Deputy Jason Gentempo (collectively, "Defendants"), through their undersigned counsel, hereby move for a seven (7) day extension of time, up to and including August 7, 2023, to file replies in support of their Motions for Summary Judgment [Docs. 85, 87] and in support state the following:

**CONFERRAL**

Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Defendants conferred with counsel for Plaintiff, who indicated Plaintiff does not object to the requested extension of time.

**MOTION**

1. This matter arises out of an incident involving Serafin Finn ("Finn") and Defendant Jason Gentempo ("Gentempo") on March 20, 2019, while Finn was being transported to jail from a Denver health facility. Discovery is closed and the case is currently in the dispositive motion stage.

2. Gentempo timely filed his Motion for Summary Judgment on June 12, 2023 [Doc. 085].

3. Denver timely filed its Motion for Summary Judgment on June 12, 2023 [Doc. 087].

4. Plaintiff timely filed Responses to both Motions for Summary Judgment on July 17, 2023 [Docs. 93, 95]. Defendants' replies are currently due on or before July 31, 2023.

5. Undersigned counsel for Denver and Gentempo have each had multiple, conflicting scheduling obligations over the past week, and extending into next week. In the case of Gentempo's counsel, these include attendance at a two-day professional conference Monday and Tuesday of this week (July 24-25), depositions Wednesday and Thursday of this week (July 26-27), and multiple additional filings in other matters due early next week. As to Denver's counsel, the undersigned was largely out of pocket last week with a summary judgment motion, then attended the same professional conference this week, and has since had a number of pressing obligations, including comprehensive expert disclosures due Friday (July 28).[1]

6. Due to the multiple additional commitments of undersigned counsel, Defendants request a seven (7) day extension of time, up to and including August 7, 2023, to file reply briefs in support of their respective motions for summary judgment.

---

[1] Denver's summary judgment briefing was initially assigned to associate attorney Ben Longnecker. But since Mr. Longnecker resigned on June 9 [Doc. 91] – just three days before summary judgment was due – the undersigned was unable to practicably assign any new attorney to the case due to the challenge of catching up with the record at this late stage. Denver respectfully submits that the status of the undersigned as the sole attorney on this case – in addition to his daily supervisory and administrative duties within the civil litigation unit – further compels the granting of this motion.

7. This is the first extension requested by Defendants with respect to these reply briefs. It is also Defendants' first request to extend any dispositive motion deadline that is not predicated on an extension of the discovery deadline.

8. No party will be prejudiced by the requested extension of time.

9. Pursuant to D.C.COLO.LCivR 6.1(c), this Motion for Extension of Time is being contemporaneously served upon Defendants Gentempo and Denver.

WHEREFORE, for the foregoing reasons, Defendants respectfully request a seven (7) day extension of time, up to and including August 7, 2023, to file replies in support of their respective Motions for Summary Judgment.

DATED this 28th day of July, 2023.

Respectfully submitted,

By: _s/ Jonathan Cooper_
Jonathan Cooper, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
jonathan.cooper@denvergov.org
*Attorney for Defendant City and County of Denver*

By: _s/ Tiffany Toomey_
Tiffany Toomey
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
Facsimile: (303) 320-0210
ttoomey@sgrllc.com
*Attorney for Defendant Jason Gentempo*

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2023, the foregoing **DEFENDANTS' UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Benjamin Hartford
The Law Office of Benjamin Hartford
ben@bhartfordlaw.com

Matthew Cron
Omeed Azmoudeh
Siddhartha Rathod
Rathod Mohamedbhai, LLC
smc@rmlawyers.com
oa@rmlawyers.com
sr@rmlawyers.com
*Counsel for Plaintiff*

Eric M. Ziporin
Tiffany Toomey
SGR, LLC
eziporin@sgrllc.com
ttoomey@sgrllc.com
*Counsel for Defendant Jason Gentempo*

Mary Dulacki
Representative of City and County of Denver
*Via Email*

Jason Gentempo
*Via email*

                                                  *s/ Sarah Peasley*
                                                  Denver City Attorney's Office