IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:21CV02160-CNS-SKC

Schwartz,

   Plaintiff,

v.
City and County of Denver et al,

Defendant.

_____

**NOTICE OF WITHDRAWAL**
_____

To:    The clerk of court and all parties of record

    I am requesting leave of this Court to allow counsel to withdrawal from the above captioned case at this time.

_____

    DATED at Denver, Colorado this 11th day of September, 2023.

/S/ Benjamin W. Hartford
Benjamin W. Hartford, Esq.
Law Office of Benjamin Hartford LLC.
650 S. Cherry Street Ste 1225
Denver, CO 80246
Phone: 303.991.5757
Fax: 303.974.3802
ben@bhartfordlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11th, 2023, a copy of this document was served via CMECFI as follows:

Counsel for the Plaintiff as listed in CMECFI

Counsel for the Defendant as listed in CMECFI

/S/ Benjamin W. Hartford
Benjamin W. Hartford, Esq.
Law Office of Benjamin Hartford LLC.
650 S. Cherry Street Ste 1225
Denver, CO 80246
Phone: 303.991.5757
Fax: 303.974.3802
ben@bhartfordlaw.com
