IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

---

Civil Action:        21-cv-02160-CNS-SKC                Date:  October 5, 2023
Courtroom Deputy:    Julie Dynes                        Court Reporter: Sarah Mitchell

---

| *Parties* | *Counsel* |
|---|---|
| MELISSA R. SCHWARTZ | *Omeed Azmoudeh* |
| | *Sidhartha Rathod* |
| **Plaintiff** | |
| v. | |
| CITY AND COUNTY OF DENVER | *Jonathan Cooper* |
| JASON GENTEMPO | *Tiffany Toomey* |
| | *Eric Ziporin* |
| **Defendant** | |

---

### COURTROOM MINUTES

---

**FINAL PRETRIAL CONFERENCE**

Court in Session:  1:02 p.m.

Appearance of counsel.

Discussion held on pending motions and settlement discussions.

**ORDERED:    Four-day Jury Trial is set to commence January 16, 2024, at 8:00 a.m. with a Trial Preparation Conference on January 4, 2024, at 1:00 p.m. before the Honorable Charlotte N. Sweeney in Courtroom 702, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, CO 80294.**

**Settlement conference with the Magistrate Judge is authorized.**

Proposed Pretrial Order approved as outlined on the record.

Court in Recess:  1:12 p.m.              Hearing concluded.              Total time in Court:  00:10