IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:21-cv-02160-CNS-SKC

ESTATE OF SERAFIN FINN, by and through its personal representative Melissa R. Schwartz,

   Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality and
DEPUTY JASON GENTEMPO, in his individual capacity,

   Defendants.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

This matter is set for four-day **Jury Trial** to commence on **January 16, 2024 at 8:30 a.m.** on the docket of Judge Charlotte N. Sweeney, Alfred A. Arraj U.S. District Courthouse, Courtroom A702, 7th floor, 901 19th Street, Denver, Colorado, 80294. **On the first day of trial, the parties should be present at 8:00 a.m.** to go over any final matters before jury selection begins at 8:30 a.m.

A Trial Preparation Conference is set for **January 4, 2024 at 1:00 p.m.** Lead counsel and counsel who will try the case must attend. During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selection, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

The Court has several deadlines that are triggered by the trial preparation conference setting. For additional information, please consult both the Uniform Civil Practice Standards and this Court's Standing Order Regarding Pretrial and Trial Procedures located at:

www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonCharlotteNSweeney.aspx

DATED this 5th day of October 2023.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge