**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-02160-CNS-SKC

ESTATE OF SERAFIN FINN, by and through its personal representative Melissa R. Schwartz,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
DEPUTY JASON GENTEMPO, in his individual capacity,

    Defendants.

## NOTICE OF APPEAL

Defendant, **JASON GENTEMPO**, through counsel, **SGR, LLC**, and pursuant to Fed.R.App.P. 3 and 4, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Court's Order denying Defendant Gentempo's Motion for Summary Judgment [ECF No. 108], entered December 1, 2023.

Respectfully submitted,

*s/* Eric M. Ziporin
*Eric M. Ziporin*
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
E-mail: eziporin@sgrllc.com


*s/* Tiffany E. Toomey
*Tiffany E. Toomey*
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
E-mail: ttoomey@sgrllc.com

*Counsel for Defendant Deputy Gentempo*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 13th day of December, 2023, I electronically filed a true and correct copy of the above and foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Matthew Cron
Omeed Azmoudeh
mc@rmlawyers.com
oa@rmlawyers.com
*Counsel for Plaintiff*

Benjamin Hartford
ben@bhartfordlaw.com
*Counsel for Plaintiff*

Jonathan Cooper
Jonathan.Cooper@denvergov.org
*Counsel for Defendant City and County of Denver*

s/ Taylor Will
Legal Secretary